IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 21 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

ALL-WAYS LOGISTICS, INC.                                        PLAINTIFF

v.                    NO. 3:06CV00087 SWW

USA TRUCK, INC. and
USA LOGISTICS                                                   DEFENDANTS

### CLERK'S EXTENSION ORDER

1.   Defendants were served with Plaintiff's complaint on 6 June 2006, see attached, and therefore their time for filing a responsive pleading has not yet expired.

2.   Pursuant to Local Rule 6.2(a), and with the attached written consent of counsel for Plaintiff All-Ways Logistics, Inc., the clerk extends the time for Defendants USA Truck, Inc. and USA Logistics to file an answer or other pleading responding to the Plaintiff's complaint by ten days from 26 June 2006 until 6 July 2006.

IT IS SO ORDERED.                    **JAMES W. McCORMACK**

By: _____
    Deputy Clerk

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
06/06/2006
Log Number 511212482

| | |
|---|---|
| **TO:** | J. Rodney Mills, Corporate Counsel<br>USA TRUCK, INC<br>3108 INDUSTRIAL PARK ROAD<br>VAN BUREN, AR, 72956- |
| **RE:** | **Process Served in Arkansas** |
| **FOR:** | USA TRUCK, INC. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | All-Ways Logistics, Inc., Plaintiff vs. USA Truck, Inc., et al, Defendants |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibits |
| **COURT/AGENCY:** | United States District Court, Eastern District of Arkansas, AR<br>Case # 306CV87 |
| **NATURE OF ACTION:** | Breach of Contract et al |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/06/2006 at 10:32 |
| **APPEARANCE OR ANSWER DUE:** | 20 days |
| **ATTORNEY(S) / SENDER(S):** | Robert M Clearley, Jr<br>212 Center Street<br>Suite 200<br>Little Rock, AR, 72201 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790947138143<br>Email Notification, J. Rodney Mills, Corporate Counsel jrodneymills@usa-truck.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | The Corporation Company<br>425 West Capitol Avenue<br>Suite 1700<br>Little Rock, AR, 72201<br>501-688-8808 |

Page 1 of 1 / KM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**Price Marshall**

**From:** Bob Cearley [bob@cearleylawfirm.com]
**Sent:** Tuesday, June 20, 2006 2:28 PM
**To:** Price Marshall
**Cc:** Deanna Davis; Victoria Clark
**Subject:** All-Ways v. USA Truck

Price,

I understand that USA was served on June 6th and needs an additional 10 days, until July 6th to file a responsive pleading. We have no objection. If you need more time, just let us know.

We look forward to working with you and Barry.

Bob

Robert M. Cearley, Jr.
Cearley Law Firm, PA
212 Center Street, Suite 200
Little Rock, Arkansas 72201
501.372.5600
501.374.3463 fax
bob@cearleylawfirm.com

6/20/2006