# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALL-WAYS LOGISTICS, INC.

vs.                               NO. 3:06CV00087 SWW

USA TRUCK, INC., ET AL

### ORDER

The Court conducted a telephone conference with counsel in this matter on July 3, 2007, concerning how to proceed with objections to depositions to be used during the trial of this matter. After discussions on the record, the Court determined that designations of the video and written depositions should be made by July 12, 2007, and all objections to designations are to be submitted to the Court by July 16, 2007. The Court then will schedule a telephone conference with counsel for the parties to make rulings on the objections.

Further, the parties are instructed to submit jury instructions to the Court by July 17, 2007.

IT IS SO ORDERED this 5th day of July, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE