**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALL-WAYS LOGISTICS, INC.

vs.                                         NO. 3:06CV00087 SWW

USA TRUCK, INC., ET AL

<u>JUDGMENT ON JURY VERDICT</u>

  This action came on for trial July 23, 2007, before the Court and a jury, the Honorable Susan Webber Wright, Judge, United States District Court, presiding.  At the conclusion of the evidence, the Court dismissed the counter-claims filed by defendants. The remaining issues having been duly tried, and after deliberating thereon, and the jury having rendered its verdict on August 3, 2007; now therefore, pursuant to the verdict,

  IT IS ORDERED AND ADJUDGED that plaintiff All-Ways Logistics, Inc., have and recover of and from defendants USA Truck, Inc., and USA Logistics the sum of $2,966,881.25 on its breach of contract claim with respect to the Rheem account, together with interest from this date until paid at the rate of 4.83% as provided by law, as well as appropriate pre-judgment interest.

  IT IS FURTHER ORDERED that plaintiff takes nothing on its claims against defendants for breach of contract, promissory estoppel and intentional interference with business expectancy as to the Grainger account, and those claims hereby are dismissed.

  IT IS FINALLY ORDERED AND ADJUDGED that plaintiff All-Ways Logistics, Inc.,  have and recover of and from defendants USA Truck, Inc., and USA Logistics the sum of $40,268.58, which is the amount stipulated by the parties for commissions due and owing to plaintiff,

together with appropriate pre-judgment interest.

       IT IS SO ORDERED this 7th day of August, 2007.

                              <u>/s/Susan Webber Wright</u>

                              UNITED STATES DISTRICT JUDGE