IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ALL-WAYS LOGISTICS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:06cv0087 SWW |
| | * | |
| | * | |
| USA TRUCK, INC. and | * | |
| USA LOGISTICS, | * | |
| | * | |
| Defendants. | * | |

ORDER

There being full satisfaction of judgment [doc.#240], the motion [doc.#241] of USA Truck, Inc. and USA Logistics to wholly release the supersedeas bond and all related security, including the original irrevocable letter of credit and all amendments to the letter of credit that were filed in this case, is hereby granted. The Clerk is ordered to maintain the original letter of credit and amendments under seal (to the extent they remain so) until USA Truck, Inc. and USA Logistics retrieve these papers.

IT IS SO ORDERED this 20th day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE